UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARLYE N. ASHMORE,

    Plaintiff,                                    Case No. 3:20-cv-499

vs.

OHIO DEPARTMENT OF                    District Judge Michael J. Newman
TRANSPORTATION,

    Defendant.

---

**ORDER: (1) DENYING WITHOUT PREJUDICE DEFENDANT OHIO DEPARTMENT OF TRANSPORTATION'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 28); (2) REFERRING THIS CASE TO MAGISTRATE JUDGE CAROLINE H. GENTRY FOR AN ADDITIONAL PERIOD OF DISCOVERY UNTIL MAY 15, 2023; AND (3) EXTENDING THE PARTIES' DEADLINE TO FILE DISPOSITIVE MOTIONS UNTIL JUNE 1, 2023**

---

        This is a coworker sexual harassment case. Plaintiff Carlye N. Ashmore ("Ashmore") alleges that her former employer, Defendant Ohio Department of Transportation ("ODOT"), created a hostile work environment in violation of Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e *et seq*, by failing to address coworker sexual harassment. Ashmore further alleges that ODOT retaliated against her in violation of Title VII by extending her probationary period and then terminating her employment after she alleged harassment. ODOT moved for summary judgment (Doc. No. 28), Ashmore responded (Doc. No. 31), and ODOT replied (Doc. No. 32). Thus, the motion is ripe for this Court's review.

        The Court finds that the record is insufficiently developed to rule on ODOT's motion. Notably, there is information lacking about ODOT's knowledge of Ashmore's allegations of coworker harassment and about ODOT's decision to terminate Ashmore's employment.

For the aforementioned reasons, the Court **DENIES WITHOUT PREJUDICE** ODOT's motion for summary judgment.  Doc. No. 28.  The Court **REOPENS** discovery for an additional sixty (60) day period (until May 15, 2023) and **REFERS** this case to Magistrate Judge Caroline H. Gentry to supervise discovery during that period.  Last, the Court **AMENDS** the scheduling order to **EXTEND** the parties' deadline to file dispositive motions until June 1, 2023.

**IT IS SO ORDERED.**

March 16, 2023                                         s/Michael J. Newman
                                                       Hon. Michael J. Newman
                                                       United States District Judge